IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SCL GROUP, INC., dba CENTURY WINDOW CLEANING,<br><br>Defendant. | Case No.: C-13-02197 JSC<br><br>**SCHEDULING ORDER** |

Following the January 16, 2014 Case Management Conference, the Court sets the case schedule as follows:

| | |
|---|---|
| Mediation with the Court's ADR program: | Within 90 days |
| Deadline to add additional parties or claims: | April 1, 2014 |
| Completion of fact discovery: | June 30, 2014 |
| Disclosure of identities and reports of expert witnesses: | July 15, 2014 |
| Rebuttal expert disclosure: | August 12, 2014 |
| Completion of expert discovery: | September 16, 2014 |

| | |
|---|---|
| Case dispositive motions to be heard on or before: | October 31, 2014 |

In addition, a further Case Management Conference shall be held on May 1, 2014 at 1:30 p.m.

IT IS SO ORDERED.

Dated: January 17, 2014

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE